IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*(Electronically Filed)*

| | |
|---|---|
| LAKRISTA TOOGOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:19-cv-371-CHB |
| | ) |
| MAGNA SEATING OF AMERICA, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

\*\*\* \*\*\* \*\*\*

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Magna Seating of America, Inc. ("Magna Seating" or "Defendant"), by counsel, hereby files this notice to remove an action pending against it in the Jefferson County Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division. In support of this removal, Defendant states as follows:

**Background**

1. Plaintiff, Lakrista Toogood ("Toogood" or "Plaintiff"), filed this action on May 9, 2019 in Jefferson County Circuit Court, said action being designated Civil Case No. 19-CI-002836 (the "State Court Action"). A copy of the Complaint in the State Court Action (the "Complaint"), along with the summons and all other pleadings in the State Court Action, is attached as Exhibit A.

2. Plaintiff, a former employee of Magna Seating seeks alleged damages in connection with the separation of her employment. Plaintiff's Complaint alleges state law causes of action

for disability discrimination, retaliation and retaliatory discharge pursuant to the Kentucky Civil Rights Act (KRS § 344, *et seq.*) ("KCRA").

3. Pursuant to 28 U.S.C. § 1446 (b)(2)(A), all Defendants who have been properly joined and served consent to removal and join in this Notice of Removal.

4. Defendant received service of the Complaint and process on May 15, 2019.

## Diversity Jurisdiction

5. As provided in 28 U.S.C. § 1332(a), federal courts have original jurisdiction over all civil actions in which the action is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interests and costs. *See* 28 U.S.C. § 1332(a).

6. This action is between citizens of different states.

7. Plaintiff alleges in her Complaint that she is a resident of Kentucky. [Compl. ¶¶ 1 and 5].

8. Defendant, Magna Seating of America, Inc., is a foreign corporation organized under the laws of the State of Delaware, whose officers and directors are citizens of Michigan and Canada with a principal place of business in Michigan. None of its officers or directors are citizens or residents of Kentucky.

9. Plaintiff seeks damages in an unspecified amount for front and back pay, compensatory damages, emotional distress damages, punitive damages and attorney's fees and costs.

10. Based upon the types of damages that Plaintiff seeks, and upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

## Venue

11. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Western District of Kentucky, Louisville Division, is the federal

judicial district embracing the Circuit Court of Jefferson County, Kentucky, in which the State Court Action was originally filed.

### Timely Filing

12.     This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within 30 days after May 15, 2019, the date on which Defendant first received service of the Complaint in the State Court Action.

### Procedural Requirements

13.     Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant in the State Court Action are collectively attached to this Notice as Exhibit A.

14.     Pursuant to 28 U.S.C. § 1446(d), Defendant has filed this Notice with this Court, is serving a copy of this Notice upon counsel for Plaintiff, and is filing a copy of this Notice with the Circuit Court of Jefferson County, Kentucky.

15.     This Notice of Removal has been verified by Thomas J. Birchfield and Chantell C. Foley, counsel for Defendant herein, pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant removes this action from the Jefferson County Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division.

Respectfully submitted,

*/s/ Chantell C. Foley*
Thomas J. Birchfield
Chantell C. Foley
FISHER & PHILLIPS LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Phone: (502) 561-3990
Fax: (502) 561-3991
E-mail: tbirchfield@fisherphillips.com
cfoley@fisherphillips.com

COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th of May, 2019, I electronically filed the foregoing ***Notice of Removal*** with the clerk of the court by using the CM/ECF System, which arranges for electronic service to the following:

Kurt A. Scharfenberger
THE SCHARFENBERGER LAW OFFICE
800 Kentucky Home Life Building
239 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 561-0777
Fax: (502) 236-0888
Email: Kurt@Scharfenberger-law.com

COUNSEL FOR PLAINTIFF

*/s/ Chantell C. Foley*
COUNSEL FOR DEFENDANT

4